decided to dismiss this application. In doing so, it deems it but proper to declare that the attorney's conduct was not marked with prudence. The duty of an attorney to his profession should require him in his dealings with his client to avoid as far as possible even an appearance of evil. It is not alone his own personal rights which are involved in such controversies, but alike the honor and good repute of his office, which he should take constant care to uphold.

HOBBS et al. v. FAWCETT. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Emily Hobbs and others against William H. Fawcett. No opinion. Proceedings dismissed, without costs, on the ground that the facts are not sufficiently stated; it appearing that there are persons whose rights are affected who are not parties to the proceeding.

In re HOLBROOK. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) In the matter of the application of Harry M. Holbrook for admission to the bar. No opinion. Application granted, and order signed.

HOLLY, Appellant, v. COPELAND, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by James K. Holly against Henry C. Copeland. C. L. Hoffman, for appellant. J. C. Harrison, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOOK, Appellant, v. MICHIGAN MUT. LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by John Hook against the Michigan Mutual Life Insurance Company.
PER CURIAM. Judgment unanimously affirmed, with costs.
COCHRANE, J., not sitting.

HOPE v. SHEVILL et al. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Sarah Emilie Hope against James Benjamin Oric Shevill and others. No opinion. Motion denied, with $10 costs. See, also, 122 N. Y. Supp. 127.

HORAN, Appellant, v. MASON, Respondent. (Supreme Court, Appellate Division, Second Department. May 9, 1910.) Action by James J. Horan against Cassity E. Mason. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 122 N. Y. Supp. 1131.

In re HOTCHKISS. (Supreme Court, Appellate Division, First Department. April 22, 1910.) In the matter of William H. Hotchkiss. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HOTCHKISS, State Superintendent of Insurance. (Supreme Court, Appellate Division, Fourth Department. March 16, 1910.) In the matter of the application of William H. Hotchkiss, as State Superintendent of Insurance, to take possession of the property, etc., of the People's Mutual Life Insurance Association & League, etc., and to liquidate the business of the People's Mutual Life Insurance Association & League, etc.
PER CURIAM. It appearing that the justices qualified to sit in these appeals are equally divided and unable to render a decision herein, said appeals are ordered transferred to the Appellate Division in and for the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.
SPRING, J., not sitting.

HOTEL REGISTER REALTY CO., Respondent, v. McGOUGH, Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1910.) Action by the Hotel Register Realty Company against Mary McGough. P. Bonynge, for appellant. E. Horwitz, for respondent. No opinion. Order reversed, and motion granted, without costs, to the extent and on the conditions stated in order. Order filed.

HOWE v. STUART. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Frank M. Howe against William H. Stuart. With this case has been consolidated in this court cases bearing titles as follows: Charles J. Davis v. Long Island R. Co.; Thomas F. White Co. v. Adrian H. Joline et al., as Receivers (see, also, 121 N. Y. Supp. 852); Robert Wilson v. Same; William R. Fair et al. v. Same; Munford W. Lyon v. Stella R. Bellows; Benjamin Daniel v. Brooklyn Heights R. Co. (see, also, 121 N. Y. Supp. 577). No opinions. Applications to appeal from Appellate Term denied, with $10 costs. Orders signed.

HOWELL, Respondent, v. ALEXANDER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Harri M. Howell, as executor of William Fastenau, deceased, against Jastrow Alexander and others. No opinion. Judgment and order affirmed, with costs.

HUBBELL, HALL & RANDALL CO., Appellant, v. BRICKMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by the Hubbell, Hall & Randall Company against Ida Brickman and another. No opinion. Judgment (64 Misc. Rep. 370, 118 N. Y. Supp. 340) affirmed, with costs.

HUDSON RIVER TELEPHONE CO., Respondent, v. ÆTNA LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 4, 1910.) Action by the Hudson River Telephone Company against the Ætna Life Insurance Company. No opinion. Judgment (66 Misc. Rep. 329, 121 N. Y. Supp. 565) unanimously affirmed with costs. See, also, 123 N. Y. Supp. 1122.